# 656 DECISIONS IN CASES NOT REPORTED.

appeal; proceedings remitted to surrogate. Opinion by Barnard, P. J.

Sherwood Sterling, Respondent, v. The Metropolitan Life Insurance Company, Appellant. — Order referring action affirmed, with costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

Sherwood Sterling, Respondent, v. The Metropolitan Life Insurance Company, Appellant. — Order refusing motion to compel a reply affirmed with costs and disbursements. Opinion by Dykman, J.

Charles H. Meade and another, Plaintiff, v. Walter C. Tuckerman, Defendant.— Order affirmed, with ten dollars costs, besides disbursements. Opinion by Dykman, J.

Gheirstein Mead, Respondent, v. John Brunnemer and others, Defendants. Harry J. Lea, Purchaser, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Benjamin F. Underhill and another, Respondents, v. Sarah A. Underhill and others, Appellants, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Mosher A. Southerland, Respondent, v. George W. Mead, Appellant. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

William J. Beard, Appellant, v. Elbert Kipp, Respondent. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

John White, Appellant, v. James Boyce and another, Respondents.—Order confirmed, without costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting. Judgment affirmed with costs. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Joseph W. Palmer, Respondent, v. The Pennsylvania Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard; P. J., not sitting.

Mary A. Gordon, Plaintiff, v. Herman H. Niemann and others, Defendants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Elizabeth Stillwell, Individually, etc., Respondent, v. August Zinster, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

General Synod of the Reformed Church in America, Plaintiff, v. Eliza L. Lincoln and others, Defendants. — Order affirmed, with costs and disbursements. Opinions by Barnard, P. J., and Pratt, J.

Eliza A. Beveridge, Plaintiff, v. The New York Elevated Railroad Company, Defendant. — Judgment affirmed on opinion at Special Term.

The People of the State of New York ex rel. Deverell, Plaintiff, v. Musical Protective Union, Defendant. — Motion denied. Opinion by Justice Dykman.

Charles P. Berdell, Appellant, v. Eliza W. Parkhurst, Respondent. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Charles W. Cooke, Plaintiff, v. The Lalance-Grosjean Company, Defendant—Motion denied.

Russel Coe, Respondent, v. Robert C. Davidge, Appellant. — Order affirmed, with costs and disbursements. Opinions by Justices Barnard and Pratt.

Charles P. Berdell, Appellant, v. James W. Hoyt, Respondent. —Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Louis Siedenbach, Appellant, v. Julia A. Riley, Administratrix, etc., Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Edward Van Orden and others, Respondents, v. Charles S. Schleier and others, Appellants.— Judgment affirmed, with costs. Opinion by Dykman, J.

Mary Burns, Respondent, v. James Bostwick,

Jr., Appellant. — Judgment and order refusing new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Margaret Shiner, Administratrix, etc., Respondent, v. Horace Russell and another, as Receivers, etc., Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Janie Linton Morris, as Administratrix, etc., Respondent, v. Walston H. Brown and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Alvia Fisher, an Infant by, etc., Respondent, v. William Martin, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Louisa K. Hall, Appellant, v. Harvey Hall, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Eliza A. Munoz, as Administratrix, etc., Respondent, v. George Wilson and others, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., dissenting.

Cornelius Ivory, Respondent, v. The Town of Deerpark, Appellant.—Judgment and order denying new trial, affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Patrick Myles, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent. Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Charles Van Fleet, Respondent, v. William S. Ketcham, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Sadie Tilley, Appellant, v. William W. Goodrich, Respondent, Impleaded, etc. — Judgment affirmed, with costs out of the fund. — Opinion by Dykman, J.

Sarah McGlynn, Respondent, v. The Brooklyn Crosstown Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Samuel T. Ludlow, Plaintiff, v. George W. Mead, Defendant.— Order affirmed, with costs and disbursements. Opinion by Pratt, J.

William Brosstedt, Plaintiff, v. Henry Breslin, Defendant.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.

In the Matter of Assignment of John Raber for Benefit of Creditors.—Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

Isaac Knee, Jr., Plaintiff, v. Ellen Kuykendall and others, Defendants. — Order reversed and purchaser released; purchase money to be returned; Appellant to have disbursements on appeal only. — Opinion by Dykman, J.; Pratt, J., not sitting.

Robert L. Carpenter, Appellant, v. Orville O. Jones and others. Respondents. — Judgment affirmed with costs. Opinion by Pratt, J.; Barnard, J. P., not sitting.

The People of the State of New York ex rel. Nicholas Cooper, Appellant, v. The Registrar of Arrears of the City of Brooklyn, Respondent. — Order denying motion for peremptory mandamus reversed and motion granted that an alternative writ issue, costs to abide event. Opinion by Barnard, P. J.

In the matter of the application of John A. Wells, Executor, etc. — Order of Surrogate reversed, with costs to appellant out of the estate, and proceedings remitted. Opinion by Barnard, P. J.

The People of the State of New York ex rel. James F. Gillen, Respondent, v. Henry Wolfort, Supervisor etc., Appellant. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

Ella M. Ten Broeck, Respondent, v. The Traveler's Insurance Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.